UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHARONDA PRUITT AND STEVEN PRUITT, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO.: 3:16-cv-02748-G |
| STATE FARM LLOYDS AND MATTHEW BOYDEN, | § § § | |
| Defendants. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Sharonda Pruitt and Steven Pruitt ("Plaintiffs") and Defendants State Farm Lloyds and Matthew Boyden ("Defendants") file this joint stipulation of dismissal with prejudice and would show:

1. On August 1, 2016, Plaintiffs filed this lawsuit in the 298th Judicial District Court of Dallas County, Texas. On September 20, 2016, Defendants answered the lawsuit.

2. On September 28, 2016, Defendants removed the lawsuit to this Court. Plaintiffs have not sought to remand the case to state court.

3. Plaintiffs do not wish to pursue the claims asserted in this lawsuit and they therefore request that the suit be dismissed. Defendants agree to the dismissal.

4. This case is not a class action under Rule 23 of the Federal Rules of Civil Procedure, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2. A receiver has not been appointed in this case.

5. Plaintiffs have not previously dismissed any federal or state court suit based on or including the same claims as those presented in this case.

6.  This dismissal is with prejudice.

## PRAYER

For the reasons stated, Plaintiffs and Defendants jointly stipulate to the dismissal of this case with prejudice and request that the Court enter an Order of Dismissal with Prejudice.

Respectfully submitted,

_____
STEVEN PRUITT
1603 Cedar Brook
Mesquite, Texas 75181
(469) 323-9826
**PLAINTIFF PRO SE**

_____
SHARONDA PRUITT
1603 Cedar Brook
Mesquite, Texas 75181
(469) 323-9826
**PLAINTIFF PRO SE**


 /s/ D. Alexander Harrell
W. NEIL RAMBIN
State Bar No. 16492800
rambindocket@dbr.com
D. ALEXANDER HARRELL
State Bar No. 24055624
alex.harrell@dbr.com
SARA E. INMAN
State Bar No. 24073098
sara.inman@dbr.com
DRINKER BIDDLE & REATH LLP
1717 Main Street, Suite 5400
Dallas, Texas  75201
(469) 357-2500 (Telephone)
(469) 327-0860 (Facsimile)
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served on Plaintiffs by First Class U.S. Mail on May 11, 2017, as set forth below:

Steven & Sharonda Pruitt
1603 Cedar Brook
Mesquite, Texas 75181

                                        */s/ D. Alexander Harrell*
                                        D. ALEXANDER HARRELL